RECEIVED

2011 APR -7 A 11:37

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

FILED
APR 11 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

---------------------------------------------------------------X

MELVIN LEE BELCHER, JR.,

    Plaintiff,

v.

    Civ. No.: 3:10 CV 420

CHA COMPANIES, INC.,

    Defendant.

---------------------------------------------------------------X

## ORDER

This matter is now before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice. The Honorable M. Hannah Lauck, United States Magistrate Judge, has submitted a Report and Recommendation recommending that the Agreement and General Release signed by the parties be approved and that this action be dismissed with prejudice.

No objections to the Report and Recommendation have been filed and the time period for doing so has expired. Accordingly, upon review of the record in this matter, and upon finding that the terms of the settlement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act, 29 U.S.C. § *et seq*, provisions, it is hereby ORDERED as follows:

    1. That United States Magistrate Judge Lauck's Report and Recommendation is ADOPTED and CONFIRMED and made a part of this Order.

WE ASK FOR THIS:

_____
John M. Barr (VSB No. 29864)
Crystal L. Norrick (VSB No. 73273)
*Counsel for Defendant, CHA Companies, Inc.*
JACKSON LEWIS LLP
321 West Franklin Street
Richmond, VA 23220
Ph:   (804) 649-0404
Fax:  (804) 649-0403
john.barr@jacksonlewis.com
crystal.norrick@jacksonlewis.com

and

_____
Harris D. Butler, III (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
*Counsel for Plaintiff, Melvin Lee Belcher, Jr.*
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Flr
Richmond, VA 23219
Ph:  (804) 648-4848
Fax: (804) 648-6814
hbutler@butlerwilliams.com

4825-7258-1641, v. 1

2. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice is GRANTED.

3. The Agreement and General Release signed by the parties is APPROVED.

4. This matter is DISMISSED WITH PREJUDICE.

ENTERED this 11th day of April, 2011.

/s/ REP
UNITED STATES DISTRICT JUDGE
ROBFRT F. -PAYNE